AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*March 25, 2024*
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>Deandre Jaquincy GILLIAM<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>**4:24-mj-130** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/6/2023__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 751 (a)<br>Escape | Did Knowingly escape from custody of an institution or facility in which he was confined by direction of the Attorney General, or by virtue of any process issued under the laws of the United States by any Court, Judge, or Magistrate Judge, namely, a Judgment and Commitment of the United States District Court for the Southern District of Texas upon conviction of a felony offense |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Damien L. Terry*
Complainant's signature

Deputy U. S. Marshal Damien L. Terry Sr.
Printed name and title

Sworn to before me and signed by telephone

Date: 03/25/2024

*Dena Palermo*
Judge's signature

City and state: Houston, TX

US Magistrate Judge Dena Hanovice Palermo
Printed name and title

Affidavit in Support of Criminal Complaint

I, Damien L. Terry Sr., being duly sworn hereby depose and state:

1.  That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and have been employed in this capacity since August 2009.

2.  During my employment with the United States Marshal Service, I have conducted investigations relating to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders & Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3.  This affidavit is prepared in conjunction with the request for a complaint and arrest warrant for Deandre Jaqunicy GILLIAM (hereafter GILLIAM), who escaped from the Leidel Halfway House Center RRC located at 1819 Commerce Street, Houston, Texas 77002 on December 6, 2023, at approximately 3:00pm. Leidel Halfway House Center RRC is a privately operated halfway house in the Southern District of Texas contracted by the Federal Bureau of Prisons to house federal prisoners.

4.  On June 2, 2022, in the Western District of Missouri – Kansas City, GILLIAM was sentenced by the Honorable United States District Judge Stephen R. Bough under cause number 4:21-cr-285 to serve 37 months confinement, followed by 3 years of supervised release, for the felony offense of Receiving Stolen Money or Property. Additionally, Judge Bough ordered GILLIAM to serve a consecutive sentence of 37 months confinement, followed by 3 years of supervised release under cause number 4:21-cr-155, for the felony offense of Robbery of Property or Money over $100. On Tuesday, December 6, 2023, while pending a transfer to secure custody due to a report that he had threatened another family member with a gun, the Leidel Halfway House RRC placed GILLIAM on 15-minute checks. At one of the checks, he was discovered missing. At 3:00 pm, a headcount and a property search were conducted and he was not located. His cell phone went to voicemail and the local hospitals and police department had no admittance. To date, he has not returned or reported to the facility.

5.  On December 6, 2022, Leidel Halfway House RRC staff notified the United States Marshal Service and advised that inmate GILLIAM left the Leidel Halfway House RRC in Houston, Texas, without staff authorization. GILLIAM was placed on escape status at approximately 3:10 pm on December 6, 2023. I obtained records from the Federal Bureau of Prisons and confirmed that at the time he escaped on December 6, 2023, approximately 7 months confinement remained of his 37-month sentence.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

6.	Based on the above, probable cause exists to believe that Deandre Jaqunicy GILLIAM escaped from the Leidel Halfway House Center in violation of Title 18, United States Code, Section 751(a).

*Damien L. Terry*
Damien L. Terry Sr.
Deputy U.S. Marshal
United States Marshal Service

Sworn to before me by telephone this 25th day of March, 2024, and I find probable cause.

*Dena Palermo*
Dena Hanovice Palermo
United States Magistrate Judge